IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01816-BNB

KENT ELWOOD MARTIN ROBY,

    Plaintiff,

v.

EL PASO COUNTY CRIMINAL JUSTICE CENTER,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On September 25, 2006, Plaintiff filed a Motion to Subpoena Records. The Motion is denied as premature.

Dated: September 26, 2006

Copies of this Minute Order mailed on September 26, 2006, to the following:

Kent Elwood Martin Roby
Prisoner No. A00195591
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

_____
Secretary/Deputy Clerk